Form a0ogrffy

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

---

In Re:  Jon Stephen Snyder

Case No.: 2:10–bk–60188

Chapter:  7

Debtor(s)

SSN/TAX ID:
    xxx–xx–3067

Judge:  C. Kathryn Preston

---

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The Debtor having applied for authority to pay the filing fee in installments, it is ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$29.00 remitted with application;

$70.00 on or before 11/30/10;

$100.00 on or before 12/30/10;

$100.00 on or before 1/30/11.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Dated: November 18, 2010

C. Kathryn Preston
United States Bankruptcy Judge

Copies to:
    Debtor(s)
    Debtor's(s') Attorney
    Trustee
    U.S. Trustee