Form a0nopymt

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In Re:  Jon Stephen Snyder

    Debtor(s)

SSN/TAX ID:
    xxx−xx−3067

Case No.: 2:10−bk−60188

Chapter:  7

Judge:  C. Kathryn Preston

## Notice of Overdue Installment Payment

On November 18, 2010, an Order Approving Payment of Filing Fees in Installments was entered in this case. After a review of the case, it appears that the payment scheduled to be made on November 30, 2010, has not been remitted.

Notice is hereby given that, if this outstanding payment is not received by the Clerk's Office on or before December 16, 2010 your case will be dismissed.

Dated: December 2, 2010

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court